# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2084
Lower Tribunal No. 12-38028
_____

**Elvira R. Hoyle Cisneros,**
Petitioner,

vs.

**American Airlines, Inc., and Eulen American, Inc.,**
Respondents.

On Petition for Writ of Certiorari to the Circuit Court for Miami-Dade County, Appellate Division, Daryl E. Trawick, Judges.

Philip D. Parrish and Julio C. Jaramillo, for petitioner.

Rumberger, Kirk & Caldwell and Gregory M. Palmer and K. Abigail Roberts, for respondent American Airlines, Inc., and Mitchel E. Kallet (Palm Beach Gardens), for respondent Eulen American, Inc.

Before SUAREZ, LAGOA, and SCALES, JJ.

SUAREZ, J.

Following review of the petition for writ of certiorari and the response and reply thereto, it is ordered that said petition is hereby denied. See Rodriguez v.

Miami–Dade County, 117 So. 3d 400, 404 (Fla. 2013) ("Only after irreparable harm has been shown can an appellate court then review whether the petitioner has also shown a departure from the essential requirements of law"). Petitioner may depose defendant Eulen American, Inc. regarding the matters at issue. As such, at this point, there is no irreparable harm that requires the issuance of a writ of certiorari.